IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM FREDERICK HEAVYRUNNER,<br><br>Defendant. | CR 11-45-GF-BMM<br><br>**ORDER** |

A Petition for Warrant for Offender Under Supervision was submitted by the United States Probation Office, and signed by the undersigned on January 4, 2021. (Doc. 110). The Defendant, William Heavyrunner (Heavyrunner), was arrested on January 4, 2021, and an initial appearance on revocation proceedings was scheduled for January 19, 2021, before Magistrate Judge John Johnston. On January 15, 2021, Heavyrunner filed a Unopposed Motion for Psychiatric Exam or Psychological Evaluation and Report. (Doc. 114.) The undersigned granted Heavyrunner's Unopposed Motion for Psychiatric Exam of Psychological Evaluation and Report on January 19, 2021. (Doc. 115.)

Heavy runner was transported by the United States Marshal Service to the

Federal Bureau of Prisons Federal Medical Detention Center in Englewood Colorado, where he was evaluated by Forensic Psychologist, Jessica Micono, Psy.D.  On April 29, 2021, Dr. Micono submitted a Forensic Evaluation to the Court, (Doc. 117) and pursuant to 18 U.S. C. §4247(c), the Forensic Evaluation was provided to counsel for Heavyrunner and to the attorney for the Government.  (Doc. 118.)  The Court set a competency hearing for May 27, 2021.  (*Id*.)

On May 11, 2021, the parties filed a Stipulation: Forensic Report and Request for Postponement of Competency Hearing.  (Doc. 119) Counsel for Heavyrunner and the attorney for the Government agree to the forensic mental health findings and conclusions completed by the Bureau of Prisons, contained in the report by Dr. Micono, and stipulate and agree that any competency hearing be postponed until after Heavyrunner's commitment to a federal medical center for treatment and submission of a report of restoration to competency, pursuant to 18 U.S. C §4241(d).  Accordingly, IT IS HEREBY ORDERED:

    1.    William Frederick Heavyrunner is committed to the custody of the Attorney General under 18 U.S.C. § 4241(d).

    2.    The Attorney General shall hospitalize Heavyrunner in a suitable facility for a reasonable period of time, not to exceed four months, to assess Heavyrunner's mental condition and to prescribe and administer an appropriate

medication regimen to bolster Heavyrunner's capacity to assist in his defense. *Id*.

3. The Attorney General shall provide the Court with a report on Heavyrunner's mental condition no later than four months from the date of commencement of Heavyrunner's hospitalization and treatment.

The United States Marshals Service is directed to request that the Bureau of Prisons designate the federal facility where Heavyrunner will be evaluated.

The United States Marshals Service shall notify the Court when it receives notice of the facility that has been designated and an entry will be made on the docket in this case.

The United States Marshals Service shall transfer Heavyrunner to the designated facility, and shall transfer Heavyrunner back to the District of Montana upon completion of the evaluation.

The competency hearing set for May 27, 2021 is VACATED, to be reset by further order of the Court.

DATED this 18th day of May, 2021.

_____
Brian Morris, Chief District Judge
United States District Court